# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA



James L. Corpening, Jr.
Chief U.S. Probation Officer

310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
919-861-8815
Fax: 919-861-5555

**DATE:** October 27, 2017

**FROM:** Bentley H. Massey
Senior U.S. Probation Officer

**SUBJECT:** SALAAM, Muhammad Abdus
Case No.: 2:16-CR-26-1BO
<u>Request for Early Termination</u>

**TO:** Terrence W. Boyle
U.S. District Judge

On June 7, 2007, pursuant to a guilty plea to Conspiracy to Possess With Intent to Distribute and Distribution of Cocaine and Cocaine Base, Muhammad Abdus Salaam appeared in United States District Court for the District of South Carolina, and was sentenced to 100 months imprisonment to be followed by 10 years supervised release.

The defendant was released from custody on July 7, 2010, and began supervision in the Eastern District of North Carolina.

He has performed satisfactorily on supervision. He has submitted to DNA testing, all drug screens have been negative, and he has been on low intensity supervision since October 2016. His term of supervision is set to expire on July 6, 2020.

The probation office is requesting early termination. The U.S. Attorney's Office has been contacted and as of this writing, has not responded. Please indicate the court's preference by marking the appropriate selection below.

☑ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_____    10·27·17
Terrence W. Boyle                  Date
U.S. District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.  Crim. No. 2:16-CR-26-1BO

MUHAMMAD ABDUS SALAAM

On July 7, 2010, the above named was released from prison and commenced a term of supervised release for a period of 120 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Bentley H. Massey
Bentley H. Massey
Senior U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8815
Executed On: October 27, 2017

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___ day of October, 2017.

Terrence W. Boyle
U.S. District Judge